UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| JOSEPH BOGGS | ) ) ) | |
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No. 5:24-cv-00136-BJB |
| | ) | |
| | ) | **MOTION TO FILE** |
| v. | ) | **ADMINISTRATIVE RECORD** |
| | ) | **UNDER SEAL** |
| | ) | |
| BOARD OF EDUCATION OF | ) | |
| FAYETTE COUNTY, et al | ) | *Filed Electronically* |
| _____ | ) | |
| *Defendants* | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant, Kentucky Department of Education, by counsel, moves the Court for leave to file the administrative record in Agency Case No. 1819-12 under seal.

Plaintiff's complaint in this Court seeks judicial review of a decision in Agency Case No. 1819-12. As the state agency charged with oversight of that administrative proceeding, KDE is the official custodian of the record in the proceeding. Pursuant to KRS 13B.140, KDE must "transmit to the reviewing court the original or certified copy of the official record of the proceedings under review." However, the record in question here is replete with student records containing personally identifiable information. The Family Educational Rights & Privacy Act ("FERPA"), 20 U.S.C. 1232g, and its state counterpart, KRS 160.700 et. seq, generally prohibit the disclosure of such information. It is appropriate to file the record under seal in this instance in order to avoid public disclosure of students' confidential and protected personal information.

WHEREFORE, the Defendant respectfully asks this Court to grant this motion and enter the attached proposed order allowing Defendant to file the administrative record under seal.

Respectfully submitted,

1

/s/ Donald J. Haas
Donald J. Haas
Kentucky Department of Education
300 Sower Blvd., 5th Floor
Frankfort, Kentucky 40601
502-892-6364 ext. 4815
donald.haas@education.ky.gov
***Counsel for Defendant, Kentucky
Department of Education***

**CERTIFICATE OF SERVICE**

This is to certify that on Tuesday, August 27, 2024 a true copy of the foregoing document was

served on the following parties through the Court's ECF system pursuant to Federal Rule of Civil

Procedure 5:

| | |
|---|---|
| Edward E. Dove | Grant R. Chenoweth |
| 201 W. Short Street | PORTER, BANKS, BALDWIN, & SHAW, PLLC |
| Suite 300 | 327 Main Street |
| Lexington, KY 40507 | Paintsville, KY 41240 |
| eddove@windstream.net | gchenoweth@psbb-law.com |
| ***Counsel for Plaintiff, Joseph Boggs*** | ***Counsel for co-Defendant, Board of Education of Fayette County*** |

/s/ Donald J. Haas
Donald J. Haas